**O'HAGAN MEYER, LLP**
Katherine C. Den Bleyker (SBN: 257187)
KDenBleyker@ohaganmeyer.com
Megan A. Childress (SBN: 266926)
MChildress@ohaganmeyer.com
Ali A. Abouesh (SBN: 349499)
AAbouesh@ohaganmeyer.com
550 S. Hope Street, Suite 2400
Los Angeles, California 90071
Telephone: 213.647.0005

Attorneys for Defendants
TOTAL LIFE CHANGES, LLC, TOTAL
LIFE CHANGES—EXPORT, INC.,
JACK FALLON, JOHN LICARI, SCOTT
BANIA, and NATALIE PARAMO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TATIANA POPE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>TOTAL LIFE CHANGES, LLC; TOTAL LIFE CHANGES – EXPORT, INC.; JACK FALLON; JOHN LICARI; SCOTT BANIA; NATALIE PARAMO; and DOES 1–50, inclusive,<br><br>    Defendants. | Case No. 1:25−CV−00391−JLT−CDB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR STAY OF ACTION PENDING DECISION IN THE RELATED ACTION IN THE EASTERN DISTRICT OF MICHIGAN** |

**[PROPOSED] ORDER**

**[~~PROPOSED~~] ORDER**

The Court, having considered the Joint Stipulation between Plaintiff Tatiana Pope ("Plaintiff"), and Defendants Total Life Changes, LLC, Total Life Changes—Export, Inc., Jack Fallon, John Licari, Scott Bania, and Natalie Paramo (the "Defendants"), and for good cause shown, HEREBY ORDERS that:

1. This action shall be, and hereby is, stayed until such time as the first of the following occurs:
    a. The Michigan Court enters a final ruling on Defendants' petition in the Michigan Action.
    b. The Michigan Court abstains from ruling on substantive issues pertaining to the arbitrability of claims alleged in the California Complaint and instead orders that such issues be ruled on by this Court. If the stay of this action is lifted pursuant to the provisions of this stipulation, the Stipulating Parties reserve the right to argue to this Court their respective positions regarding the appropriate scope of the subsequent proceedings in this action.
2. In the event a party believes that new circumstances warrant lifting or modifying the stay in this Court, either in full or in part, for a reason not identified in the preceding section, the party seeking to lift or modify the stay shall initiate a meet and confer. In the event an agreement cannot be reached during the meet and confer, such party may file a noticed motion in this Court seeking to lift or modify the stay.
    a. Any such motion shall require a showing of good cause, and the moving party shall have the burden of proof of demonstrating that lifting or modifying the stay, for reasons other than those expressly stated within this stipulation, is necessary in order to effectuate the mutual intentions of the parties as articulated in this stipulation.
3. Every ninety (90) days, the parties shall file a joint report on the status of proceedings with respect to the Michigan Petition.
4. If the stay of this action has been lifted and a response to the California Complaint

1  is required, Defendants shall respond to the California Complaint within fifteen
2  (15) days after the lifting of the stay of this action.
3     5. The Stipulating Parties expressly reserve all of their rights and remedies with respect
4  to this action and the Michigan Action including, without limitation, their respective
5  rights to challenge either court's jurisdiction, their respective rights to challenge the
6  sufficiency of the California Complaint and the Michigan Petition, and their
7  respective rights to compel arbitration and/or challenge the enforceability of the
8  alleged agreement to arbitrate. Plaintiff reserves all of her rights to oppose any and all
9  such actions with respect to the California Complaint.

IT IS SO ORDERED.

Dated:     **June 16, 2025**                              *Jennifer L. Thurston*
                                                          UNITED STATES DISTRICT JUDGE